# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2020

Bridget M. McCormack,
Chief Justice

160894

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* C. C. KEERL, Minor.

SC: 160894
COA: 349384
Oakland CC Family Division:
17-853574-NA

_____/

On order of the Court, the application for leave to appeal the January 23, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2020



Clerk

p0310